**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MELENIE CRUTCHER

    Plaintiff,

v.                                         CASE NO.: 8:17-cv-01821-EAK-AEP

NAVIENT SOLUTIONS, LLC

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** MELENIE CRUTCHER, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, MELENIE CRUTCHER, and Defendant, NAVIENT SOLUTIONS, LLC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 18th day of June 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                Respectfully submitted,

                                */s/Heather H. Jones*
                                Heather H. Jones, Esq.
                                Florida Bar No. 0118974
                                William "Billy" Peerce Howard, Esq.
                                Florida Bar No. 0103330
                                THE CONSUMER PROTECTION FIRM, PLLC
                                4030 Henderson Blvd.
                                Tampa, FL  33629
                                Telephone: (813) 500-1500, ext. 205
                                Facsimile: (813) 435-2369
                                Heather@TheConsumerProtectionFirm.com
                                Billy@TheConsumerProtectionFirm.com
                                *Attorney for Plaintiff*